```
                             United States Bankruptcy Court
                              Eastern District of New York

In re:                                                            Case No. 17-43298-cec
Zulma Garcia                                                      Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0207-1           User: admin                Page 1 of 2          Date Rcvd: Oct 17, 2017
                               Form ID: 318DF7            Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db              Zulma Garcia,    493 N Gannon Ave,    Staten Island, NY 10314-4317
smg             NYC Department of Finance,    345 Adams Street,    Office of Legal Affairs,
                 Brooklyn, NY 11201-3719
smg            +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                 Albany, NY 12240-0001
9049787        +Solomon & Solomon P C,    5 Columbia Cir,    Albany, NY 12203-6374
9049789         Southern Connecticut Gas Compa,    Solomon & Solomon PC,    PO Box 15019,
                 Albany, NY 12212-5019
9087809        +Toyota Motor Credit Corporation,    14841 Dallas Parkway Suite 300,    Dallas TX 75254-7883
9049795         Turk Collection Inc,    PO Box 20,   Keyport, NJ 07735-0020
9049799         Verizon Wireless,    PO Box 49,   Lakeland, FL 33802-0049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: nys.dtf.bncnotice@tax.ny.gov Oct 17 2017 18:28:32
                 NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,
                 Albany, NY 12205-0300
smg            +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Oct 17 2017 18:27:49
                 Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                 U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
9049782         EDI: CAPITALONE.COM Oct 17 2017 18:28:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238-1119
9049781         EDI: CAPITALONE.COM Oct 17 2017 18:28:00      Capital One,    Attn: Bankruptcy,    PO Box 30253,
                 Salt Lake City, UT 84130-0253
9049783         EDI: WFNNB.COM Oct 17 2017 18:28:00      Comenity Bank/Nwyrk&Co,    220 W Schrock Rd,
                 Westerville, OH 43081-2873
9049784         EDI: RCSFNBMARIN.COM Oct 17 2017 18:28:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
9049785         EDI: RCSFNBMARIN.COM Oct 17 2017 18:28:00      Credit One Bank NA,    PO Box 98873,
                 Las Vegas, NV 89193-8873
9049786         EDI: RCSFNBMARIN.COM Oct 17 2017 18:28:00      Credit One Bank NA,    PO Box 98875,
                 Las Vegas, NV 89193-8875
9049790         EDI: NEXTEL.COM Oct 17 2017 18:28:00      Sprint,    6391 Sprint Pkwy,
                 Overland Park, KS 66251-6100
9049788         E-mail/Text: SCGBankruptcy@soconngas.com Oct 17 2017 18:28:03      Southern Connecticut G,
                 60 Marsh Hill Rd,    Orange, CT 06477-3663
9049791         EDI: TFSR.COM Oct 17 2017 18:28:00      Toyota Motor Credit,    4 Gatehall Dr Ste 350,
                 Parsippany, NJ 07054-4522
9049793         EDI: TFSR.COM Oct 17 2017 18:28:00      Toyota Motor Credit Co,    Toyota Financial Services,
                 PO Box 8026,    Cedar Rapids, IA 52408-8026
9049794         EDI: TFSR.COM Oct 17 2017 18:28:00      Toyota Motor Credit Corp,    PO Box 8026,
                 Cedar Rapids, IA 52408-8026
9049792         EDI: TFSR.COM Oct 17 2017 18:28:00      Toyota Motor Credit Co,    1000 Bridgeport Ave # 4T,
                 Shelton, CT 06484-4660
9049796         E-mail/Text: bankruptcy@uinet.com Oct 17 2017 18:27:39      United Illuminating,    PO Box 1564,
                 New Haven, CT 06506-0901
9049797         E-mail/Text: bankruptcy@uinet.com Oct 17 2017 18:27:39      United Illuminating,
                 Attn: Bankruptcy,    PO Box 1564,   New Haven, CT 06506-0901
9049798        +EDI: VERIZONEAST.COM Oct 17 2017 18:28:00      Verizon,
                 Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
9049800         EDI: WFFC.COM Oct 17 2017 18:28:00      Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701-4747
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0207-1          User: admin              Page 2 of 2              Date Rcvd: Oct 17, 2017
                              Form ID: 318DF7          Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Alan   Nisselson    anisselson@windelsmarx.com,
               theston@windelsmarx.com;ahollander@windelsmarx.com;n159@ecfcbis.com;jryan@windelsmarx.com
              Kevin B Zazzera    on behalf of Debtor Zulma   Garcia kzazz007@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | |
|---|---|
| Debtor 1 **Zulma Garcia** | Social Security number or ITIN **xxx−xx−7605** |
| First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York 271−C Cadman Plaza East, Suite 1595 Brooklyn, NY 11201−1800 | |
| Case number:   **1−17−43298−cec** | Chapter:   **7** |

# Order of Discharge and Final Decree

**Revised: 12/15**

**IT IS ORDERED:**

A discharge under 11 U.S.C. § 727 is granted to:

　　Zulma Garcia

**IT IS FURTHER ORDERED**:

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

**BY THE COURT**

Dated: October 17, 2017

s/ Carla E. Craig
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts That are Not Discharged

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**